| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Charlie Lee Askew Jr.** | Social Security number or ITIN   **xxx–xx–1149** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | Date case filed for chapter **7**   **5/4/20** |
| Case number: | **20–71421–FJS** | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Charlie Lee Askew Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 11 Easton Street<br>Portsmouth, VA 23702 | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth E. Goolsby<br>Alliance Legal Group<br>133 Mount Pleasant Road<br>Chesapeake, VA 23322 | Contact phone 757–482–5705<br>Email: kenny@call54legal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas B. Dickenson<br>Chapter 7 Trustee<br>341 Dial 877–954–4229 Code: 6212802<br>1170 Lexan Avenue, Suite 203<br>Norfolk, VA 23508 | Contact phone 757–489–1300<br>Email: trusteenotice@dickenson.us |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24-hour case information:**<br>Toll Free 1–866–222–8029 | 600 Granby St., Room 400<br>Norfolk, VA 23510<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 757–222–7500 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: May 5, 2020 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 11, 2020 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**For telephonic 341 creditors meeting, dial–in contact information see 341, notice, section 5. For updates, see, www.vaeb.uscourts.gov** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br>• if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:  August 10, 2020** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Manner of Payment of Fees** | **Newport News:** non–debtor's check, money order, cashier's check or any authorized non–debtor's credit card; cash is NOT accepted at Newport News location.<br>**Norfolk:** same as above; however, effective December 16, 2013, cash is accepted – ONLY in the exact amount due for payment of fees and services. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page 3

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Charlie Lee Askew, Jr.  
    Debtor

Case No. 20-71421-FJS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-8     User: paizl     Page 1 of 1     Date Rcvd: May 05, 2020  
                   Form ID: 309A     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2020.
```
db              +Charlie Lee Askew, Jr.,    11 Easton Street,    Portsmouth, VA 23702-1013
15352142        +BayPort CU,    Attn: Bankruptcy,    1 Bayport Way,    Newport News, VA 23606-4560
15352147        +Midland Mortgage Co,    Attn: Bankruptcy,    Po Box 26648,    Oklahoma City, OK 73126-0648
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: kenny@call54legal.com May 06 2020 04:02:33      Kenneth E. Goolsby,
                 Alliance Legal Group,    133 Mount Pleasant Road,    Chesapeake, VA  23322
tr              +EDI: BTBDICKENSON May 06 2020 07:33:00      Thomas B. Dickenson,    Chapter 7 Trustee,
                 341 Dial 877-954-4229 Code: 6212802,    1170 Lexan Avenue, Suite 203,    Norfolk, VA 23508-1274
15352139        +EDI: AMEREXPR.COM May 06 2020 07:33:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
15352140        +EDI: BANKAMER.COM May 06 2020 07:33:00      Bank of America,    Attn: Bankruptcy,
                 4909 Savarese Circle,    Tampa, FL 33634-2413
15352141        +EDI: TSYS2.COM May 06 2020 07:33:00      Barclays Bank Delaware,    Attn: Bankruptcy,
                 Po Box 8801,    Wilmington, DE 19899-8801
15352144        +EDI: CITICORP.COM May 06 2020 07:33:00      Citibank,    Citicorp Credit Srvs/Centralized Bk dept,
                 Po Box 790034,    St Louis, MO 63179-0034
15352145        +EDI: CITICORP.COM May 06 2020 07:33:00      Citibank/The Home Depot,
                 Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,    St Louis, MO 63179-0034
15352146        +EDI: DISCOVER.COM May 06 2020 07:33:00      Discover Financial,    Attn: Bankruptcy,
                 Po Box 3025,    New Albany, OH 43054-3025
15352143         EDI: JPMORGANCHASE May 06 2020 07:33:00      Chase Card Services,    Attn: Bankruptcy,
                 Po Box 15298,    Wilmington, DE 19850-0000
15352148        +EDI: NFCU.COM May 06 2020 07:33:00      Navy FCU,    Attn: Bankruptcy Dept,    Po Box 3000,
                 Merrifield, VA 22119-3000
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2020                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2020 at the address(es) listed below:
```
              John P. Fitzgerald, III    ustpregion04.no.ecf@usdoj.gov
              Kenneth E. Goolsby    on behalf of Debtor Charlie Lee Askew, Jr. kenny@call54legal.com,
               bkdocs@call54legal.com;bankruptcyattorney@call54legal.com;Kenny@ecf.courtdrive.com;molly@call54le
               gal.com;Katie@call54legal.com;Kennygoolsbybk@gmail.com
              Thomas B. Dickenson    trusteenotice@dickenson.us, va52@ecfcbis.com
                                                                                               TOTAL: 3
```